**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA :

-against- :

Samuel McCoy :

---------------------------------------x

**ORDER**

18CR413-2(JSR)
Docket #

Hon.Jed S. Rakoff, **DISTRICT JUDGE:**
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Cory Garcia is hereby ordered to assume representation of the defendant in the above captioned matter, ~~NUNC PRO TUNC~~ ________________.

**SO ORDERED.**

Jed S. Rakoff

**UNITED STATES DISTRICT JUDGE**

**Dated: New York, New York**
11/23/26